Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| Virgil Owens, Jr § | CASE NO. 20-70123-HDH-13 |
| § | |
| § | Hearing on May 13, 2020 |
| § | 10:00 |

NOTICE OF HEARING ON
DEBTOR MOTION TO EXTEND AUTOMATIC STAY

COME NOW Virgil Owens, Jr , Debtor, and file this Notice of Hearing. Attorney for Debtor hereby notifies that hearing on Debtor Motion to Extend Automatic Stay is set before the Honorable Judge Harlin D. Hale, at 10:00 A M, May 13, 2020, in the United States Bankruptcy Court, Room 222, 1000 Lamar, Wichita Falls, Texas 76301. A pre-hearing conference will be held at 8:30 AM on the same date at the same location in room 303.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor

CERTIFICATE OF SERVICE

The undersigned hereby certified that on April 17, 2020, a true and correct copy of the foregoing was served on all parties in interest on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White,
Attorney for Debtor